**WASHINGTON STATE ELECTRICAL CONTRACTORS ASSOCIATION, INC., a Washington Corporation, et al., Plaintiffs–Appellants,**

v.

**Frank FORREST, et al., Defendants–Appellees.**

No. 85–4232.

United States Court of Appeals, Ninth Circuit.

July 25, 1989.

Before ALFRED T. GOODWIN, Chief Circuit Judge, Robert R. BEEZER, Circuit Judge, and Leland C. NIELSEN, District Judge.*

ORDER

Pursuant to the Supreme Court order, —— U.S. ——, 109 S.Ct. 38, 102 L.Ed.2d 17, remanding this case for reconsideration in light of *Patrick v. Burget,* 486 U.S. 94, 108 S.Ct. 1658, 100 L.Ed.2d 83 (1988), *reversing* 800 F.2d 1498 (9th Cir.1986), this cause is REMANDED to the United States District Court for the Western District of Washington. Upon reconsideration the District Court shall enter findings concerning the existence and scope of state review of the management of the apprenticeship pro-

\* The Honorable Leland C. Nielsen, United States District Judge for the Southern District of Cali-

gram, following the guidance of the *Patrick* decision.

fornia, sitting by designation.